# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: Suffolk Banana Co., Inc  § Case No. 8-14-71444-REG
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,571,567.41 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $80,350.00 | |

3) Total gross receipts of $ 80,350.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $80,350.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,943,948.73 | $578,688.29 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,350.00 | 55,350.00 | 55,350.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 153,393.98 | 153,393.98 | 25,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,373,679.09 | 90,108.53 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,146,885.05 | 1,116,807.83 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,673,256.85 | $1,994,348.63 | $80,350.00 |

4)  This case was originally filed under Chapter 7 on April 03, 2014. The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2017              By: /s/R. KENNETH BARNARD, ESQ.
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| vehicles | 1129-000 | 71,500.00 |
| machinery | 1129-000 | 8,850.00 |
| **TOTAL GROSS RECEIPTS** | | **$80,350.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | D'Arrigo Bros. Co. of New York, Inc. | 4220-000 | N/A | 108,383.75 | 0.00 | 0.00 |
| 6 | Rubin Bros. Produce Corp. | 4220-000 | N/A | 32,065.00 | 0.00 | 0.00 |
| 7 | Coosemans New York, Inc. | 4220-000 | N/A | 4,066.75 | 0.00 | 0.00 |
| 8 | Globe Trade Capital LLC | 4210-000 | N/A | 578,688.29 | 578,688.29 | 0.00 |
| 10 | "R" Best Produce, Inc. | 4220-000 | N/A | 6,715.52 | 0.00 | 0.00 |
| 14 -2 | Citibank, N.A. | 4210-000 | N/A | 2,139,029.42 | 0.00 | 0.00 |
| 26S | Direct Capital Corporation | 4210-000 | N/A | 75,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$2,943,948.73** | **$578,688.29** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Trustee Expenses - R. KENNETH BARNARD, ESQ. | 2200-000 | N/A | 20.70 | 20.70 | 20.70 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3210-000 | N/A | 18,423.90 | 18,423.90 | 18,423.90 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3220-000 | N/A | 9.62 | 9.62 | 9.62 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 2,776.67 | 2,776.67 | 2,776.67 |
| Auctioneer for Trustee Fees (including buyers premiums) - David R Maltz & Co. | 3610-000 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 1,950.00 | 1,950.00 | 1,950.00 |
| Other - Signature Bank | 2600-000 | N/A | 6.86 | 6.86 | 6.86 |
| Other - Signature Bank | 2600-000 | N/A | 109.69 | 109.69 | 109.69 |
| Other - Signature Bank | 2600-000 | N/A | 102.68 | 102.68 | 102.68 |
| Other - Signature Bank | 2600-000 | N/A | 102.53 | 102.53 | 102.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.21 | 68.21 | 68.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.62 | 105.62 | 105.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 108.84 | 108.84 | 108.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 122.29 | 122.29 | 122.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 114.46 | 114.46 | 114.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 110.49 | 110.49 | 110.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.56 | 125.56 | 125.56 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 29.09 | 29.09 | 29.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.86 | 109.86 | 109.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.66 | 109.66 | 109.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.64 | 124.64 | 124.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.34 | 109.34 | 109.34 |
| Other - NYS Department of Taxation and Finance | 2820-000 | N/A | 309.89 | 309.89 | 309.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.04 | 109.04 | 109.04 |
| Other - NYS Department of Taxation and Finance | 2820-000 | N/A | 25.81 | 25.81 | 25.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.60 | 123.60 | 123.60 |
| Other - Signature Bank | 2600-000 | N/A | 40.95 | 40.95 | 40.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$55,350.00** | **$55,350.00** | **$55,350.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Goetz Fitzpatrick LLP | 6210-000 | N/A | 145,239.21 | 145,239.21 | 25,000.00 |
| NYS Department of Finance | 6820-000 | N/A | 8,154.77 | 8,154.77 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $153,393.98 | $153,393.98 | $25,000.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P-6 | NYS Department of Finance | 5800-000 | N/A | 30,977.82 | 30,977.82 | 0.00 |
| 2 | NYS Dept of Labor | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 11P-3 | Internal Revenue Service | 5800-000 | N/A | 38,533.12 | 38,533.12 | 0.00 |
| 12P-2 | National Labor Relations Board | 5800-000 | N/A | 11,312.00 | 11,312.00 | 0.00 |
| 15 | Katzman Berry Corp. | 5200-000 | N/A | 2,179.09 | 0.00 | 0.00 |
| 16 | Chiquita Fresh North America, LLC | 5200-000 | N/A | 621,923.69 | 0.00 | 0.00 |
| 17 | Dole Fresh Fruit Company | 5400-000 | N/A | 231,098.87 | 0.00 | 0.00 |
| 18 | Fierman Produce Exchange Inc. | 5200-000 | N/A | 26,707.04 | 0.00 | 0.00 |
| 19 | S. Katzman Produce, Inc. | 5200-000 | N/A | 18,616.27 | 0.00 | 0.00 |
| 20 | Morris Okun, Inc. | 5200-000 | N/A | 1,155.50 | 0.00 | 0.00 |
| 21P | Frank A. Mauro, Jr. | 5300-000 | N/A | 2,598.08 | 2,598.08 | 0.00 |
| 22 | John Reina | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| 23 | State of NY Dept of Labor | 5800-000 | N/A | 99.25 | 99.25 | 0.00 |
| 25 | State of NY Dept of Labor | 5800-000 | N/A | 6,588.26 | 6,588.26 | 0.00 |
| 34 | Banacol Marketing Corporation | 5200-000 | N/A | 349,495.53 | 0.00 | 0.00 |
| 35 | Del Monte Fresh Produce N.A., Inc. | 5200-000 | N/A | 32,394.57 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,373,679.09 | $90,108.53 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U-6 | NYS Department of Finance | 7100-000 | N/A | 5,751.10 | 5,751.10 | 0.00 |
| 3 | Eliminex Pest Control Inc. | 7100-000 | N/A | 712.64 | 712.64 | 0.00 |
| 4 | Peter's Fruit Co | 7100-000 | N/A | 30,077.22 | 0.00 | 0.00 |
| 9 | US Dept of Labor- Emp Benefits Security Admin | 7100-000 | N/A | 905,083.00 | 905,083.00 | 0.00 |
| 11U-3 | Internal Revenue Service | 7100-000 | N/A | 1,644.32 | 1,644.32 | 0.00 |
| 12U-2 | National Labor Relations Board | 7100-000 | N/A | 3,838.00 | 3,838.00 | 0.00 |
| 13 | Densieski Farms | 7100-000 | N/A | 12,984.00 | 12,984.00 | 0.00 |
| 21U | Frank A. Mauro, Jr. | 7100-000 | N/A | 124,937.98 | 124,937.98 | 0.00 |
| 24 | Barnwell House of Tires Inc | 7100-000 | N/A | 416.03 | 416.03 | 0.00 |
| 26U | Direct Capital Corporation | 7100-000 | N/A | 53,172.03 | 53,172.03 | 0.00 |
| 27 | Axel Anderson Inc | 7100-000 | N/A | 647.35 | 647.35 | 0.00 |
| 28 | Maggio Sanitation | 7100-000 | N/A | 475.48 | 475.48 | 0.00 |
| 30 | City of New York | 7100-000 | N/A | 686.24 | 686.24 | 0.00 |
| 32 | Trux Inc. | 7100-000 | N/A | 444.84 | 444.84 | 0.00 |
| 36 | American Ripener LLC | 7100-000 | N/A | 5,094.50 | 5,094.50 | 0.00 |
| 37 | Maggio Sanitation Service | 7100-000 | N/A | 475.48 | 475.48 | 0.00 |
| 38 | Fireman Produce Exchange Inc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 39 | Trux Inc. | 7100-000 | N/A | 444.84 | 444.84 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,146,885.05 | $1,116,807.83 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-71444-REG  **Trustee:** (520840) R. KENNETH BARNARD, ESQ.
**Case Name:** Suffolk Banana Co., Inc  **Filed (f) or Converted (c):** 10/16/14 (c)
  **§341(a) Meeting Date:** 11/05/14
**Period Ending:** 05/15/17  **Claims Bar Date:** 03/30/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking | 0.00 | 0.00 | | 0.00 | FA |
| 2 | checking | 0.00 | 0.00 | | 0.00 | FA |
| 3 | accounts receviable | 761,567.41 | 0.00 | | 0.00 | FA |
| 4 | PACA license | Unknown | 0.00 | | 0.00 | FA |
| 5 | vehicles | 225,000.00 | 71,500.00 | | 71,500.00 | FA |
| 6 | office | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | machinery | 30,000.00 | 8,850.00 | | 8,850.00 | FA |
| 8 | ripening rooms | 800,000.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets  Totals** (Excluding unknown values) | **$1,826,567.41** | **$80,350.00** | | **$80,350.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

his case is related to, and procedurally consolidated with the Chapter 7 cases pending for P.F. Transport, Inc. 14-71453 and Long Island Banana Corp. 14-71443.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016  **Current Projected Date Of Final Report (TFR):**  July 22, 2016  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8-14-71444-REG  
**Case Name:** Suffolk Banana Co., Inc  

**Taxpayer ID #:** **-***3668  
**Period Ending:** 05/15/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********62 - Checking  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/15 | {5} | David R. Maltz & Co., Inc | Proceeds from auction sale of vehicles | 1129-000 | 71,500.00 | | 71,500.00 |
| 02/27/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.86 | 71,493.14 |
| 03/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 109.69 | 71,383.45 |
| 04/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 102.68 | 71,280.77 |
| 05/29/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 102.53 | 71,178.24 |
| 06/10/15 | | Signature Bank | Bank and Technology Services | 2600-000 | | 40.95 | 71,137.29 |
| 06/10/15 | | Signature Bank | Transfer to Rabobank, N.A. | 9999-000 | | 71,137.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **71,500.00** | **71,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 71,137.29 | |
| | | | **Subtotal** | | **71,500.00** | **362.71** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$71,500.00** | **$362.71** | |

{} Asset reference(s)  

Printed: 05/15/2017 12:32 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71444-REG  
**Case Name:** Suffolk Banana Co., Inc  

**Taxpayer ID #:** **-***3668  
**Period Ending:** 05/15/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $77,628,510.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/15 | | Rabobank, N.A. | Transfer from Signature Bank | 9999-000 | 71,137.29 | | 71,137.29 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.21 | 71,069.08 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.62 | 70,963.46 |
| 08/03/15 | {7} | David R. Maltz & Co., Inc. | Proceeds of auction of fork lifts | 1129-000 | 8,850.00 | | 79,813.46 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.84 | 79,704.62 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.29 | 79,582.33 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.46 | 79,467.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.49 | 79,357.38 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.56 | 79,231.82 |
| 01/15/16 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2016 FOR CASE #814-71444, U.S.B.C, E.D.N.Y., Trustee Blanket Bond Payment | 2300-000 | | 29.09 | 79,202.73 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.86 | 79,092.87 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.66 | 78,983.21 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.64 | 78,858.57 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.34 | 78,749.23 |
| 05/06/16 | 102 | NYS Department of Taxation and Finance | EIN 11-2013668 | 2820-000 | | 309.89 | 78,439.34 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.04 | 78,330.30 |
| 06/10/16 | 103 | NYS Department of Taxation and Finance | TIN # 11-20113668; 2015 Corporate Tax | 2820-000 | | 25.81 | 78,304.49 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.60 | 78,180.89 |
| 04/05/17 | 104 | David R Maltz & Co. | Dividend paid 100.00% on $25,000.00, Auctioneer for Trustee Fees (including buyers premiums); Reference: | 3610-000 | | 25,000.00 | 53,180.89 |
| 04/05/17 | 105 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $18,423.90, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 18,423.90 | 34,756.99 |
| 04/05/17 | 106 | Paritz & Company, P.A. | Dividend paid 100.00% on $2,776.67, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,776.67 | 31,980.32 |
| 04/05/17 | 107 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $9.62, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 9.62 | 31,970.70 |
| 04/05/17 | 108 | Office of the United States Trustee | Dividend paid 100.00% on $1,950.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 1,950.00 | 30,020.70 |
| 04/05/17 | 109 | Goetz Fitzpatrick LLP | Dividend paid 17.21% on $145,239.21, Attorney for Trustee/D-I-P Fees (Other Firm) | 6210-000 | | 25,000.00 | 5,020.70 |

Subtotals :        $79,987.29        $74,966.59

{} Asset reference(s)        Printed: 05/15/2017 12:32 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 8-14-71444-REG  
**Case Name:** Suffolk Banana Co., Inc  

**Taxpayer ID #:** **-***3668  
**Period Ending:** 05/15/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $77,628,510.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Chapter 11); Reference: | | | | |
| 04/05/17 | 110 | R. KENNETH BARNARD, ESQ. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,020.70 | 0.00 |
| | | | Dividend paid 100.00%    5,000.00<br>on $5,000.00; Claim# ;<br>Filed: $5,000.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    20.70<br>on $20.70; Claim# ;<br>Filed: $20.70 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **79,987.29** | **79,987.29** | **$0.00** |
| | | | Less: Bank Transfers | | 71,137.29 | 0.00 | |
| | | | **Subtotal** | | **8,850.00** | **79,987.29** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,850.00** | **$79,987.29** | |

Net Receipts : 80,350.00  
Net Estate : $80,350.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********62** | 71,500.00 | 362.71 | 0.00 |
| **Checking # ******7566** | 8,850.00 | 79,987.29 | 0.00 |
| | **$80,350.00** | **$80,350.00** | **$0.00** |